# Claims Proposed Distribution

### Case: 05-02168   EDWARDS, DAVID W.

**Case Balance:** $34,980.12   **Total Proposed Payment:** $34,980.12   **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | MARC E. ALBERT <br> <2100-00   Trustee Compensation> | Admin Ch. 7 | 5,125.71 | 5,125.71 | 0.00 | 5,125.71 | 5,125.71 | 29,854.41 |
| | Stinson Morrison Hecker LLP <br> <3120-00   Attorney for Trustee Expenses (Trustee Firm)> | Admin Ch. 7 | 133.60 | 133.60 | 133.60 | 0.00 | 0.00 | 29,854.41 |
| | Stinson Morrison Hecker LLP <br> <3110-00   Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 8,701.50 | 8,701.50 | 8,701.50 | 0.00 | 0.00 | 29,854.41 |
| 8 | Brenda Moore-Edwards <br> **Claim Memo:** Objection by debtor to this claim was sustained. Hearing held 10/17/2006. Claim disallowed in its entirety. | Priority | 87,000.00 * | 0.00 | 0.00 | 0.00 | 0.00 | 29,854.41 |
| 4A | Internal Revene Service <br> **Claim Memo:** Unsecured | Priority | 125,942.47 | 125,942.47 | 0.00 | 125,942.47 | 29,854.41 | 0.00 |
| 1 | American Express Bank FSB <br> **Claim Memo:** Unsecured | Unsecured | 23,536.43 | 23,536.43 | 0.00 | 23,536.43 | 0.00 | 0.00 |
| 2 | American Express Centurion Bank <br> **Claim Memo:** Unsecured | Unsecured | 35,765.93 | 35,765.93 | 0.00 | 35,765.93 | 0.00 | 0.00 |
| 3 | American Express Travel Related Services Co Inc <br> **Claim Memo:** Unsecured | Unsecured | 14,095.79 | 14,095.79 | 0.00 | 14,095.79 | 0.00 | 0.00 |
| 4B | Internal Revene Service <br> **Claim Memo:** Unsecured | Unsecured | 11,943.35 | 11,943.35 | 0.00 | 11,943.35 | 0.00 | 0.00 |
| 5 | eCAST Settlement Corporation assignee of <br> **Claim Memo:** Unsecured | Unsecured | 15,630.09 | 15,630.09 | 0.00 | 15,630.09 | 0.00 | 0.00 |
| 6 | LVNV Funding LLC. <br> **Claim Memo:** Unsecured | Unsecured | 8,220.83 | 8,220.83 | 0.00 | 8,220.83 | 0.00 | 0.00 |
| 7 | Citibank (South Dakota), N.A. <br> **Claim Memo:** Unsecured | Unsecured | 27,330.59 | 27,330.59 | 0.00 | 27,330.59 | 0.00 | 0.00 |
| | **Total for Case 05-02168 :** | | **$363,426.29** | **$276,426.29** | **$8,835.10** | **$267,591.19** | **$34,980.12** | |

### CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $13,960.81 | $13,960.81 | $8,835.10 | $5,125.71 | 100.000000% |
| **Total Priority Claims :** | $212,942.47 | $125,942.47 | $0.00 | $29,854.41 | 23.704800% |
| **Total Unsecured Claims :** | $136,523.01 | $136,523.01 | $0.00 | $0.00 | 0.000000% |

(*) Denotes objection to Amount Filed